# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ALVIN SHELDON KANOFSKY AND    :    No. 50 EM 2017
JACOB DANIEL KANOFSKY,    :
   :
        Petitioners    :
   :
   :
       v.    :
   :
   :
TAX REVIEW BOARD,    :
   :
        Respondent    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 31st day of May, 2017, the Petition for Acceptance of Petition for Allowance of Appeal is **DENIED**.